**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

LAWRENCE MOSKOWITZ CLU. LTD
*and* LAWRENCE MOSKOWITZ,

                Plaintiff,

-against-                19 **CIVIL** 3868 (ER)

## JUDGMENT

ALP, INC.,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2020, ALP's motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
       March 31, 2020

                                            **RUBY J. KRAJICK**
                                            _____
                                            **Clerk of Court**
                       **BY:**
                                            _____
                                            **Deputy Clerk**